UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                                    CHAPTER 13
KEVIN S. HOWELL
JENNIFER K. HOWELL                       CASE NO. 14-80031

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     Alpine Bank & Trust Co.            **Court claim #:** 6

**Last four digits** of any number used to identify the debtor's account: 5970

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $1445.85 |
| Amount Paid by Trustee | $1445.85 |

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐    Thru the Chapter 13 Plan         ☒    Direct by Debtor(s)

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:   3/10/2016                            /s/Lydia S. Meyer
                                                                Lydia S. Meyer, Trustee
                                                                 308 W. State St., Suite 212
                                                                 Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 10th Day of March, 2016.

Dated:   3/10/2016                            /s/Cynthia K. Burnard

ALPINE BANK & TRUST CO
ATTN: KAREN STEINER
1700 N ALPINE ROAD
PO BOX 6086
ROCKFORD, IL 61125-1086

ROCIO HERRERA
JOHNSON, BLUMBERG & ASSOCIATES LLC
230 W. MONROE ST. STE. 1125
CHICAGO, IL 60606

KEVIN S. HOWELL
JENNIFER K. HOWELL
322 PATTI LANE
MACHESNEY PARK, IL  61115

ERIC PRATT LAW FIRM PC
ATTORNEY PHILIP H. HART
3957 NORTH MULFORD RD., SUITE C
ROCKFORD, IL  61114